# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** John Holtman v. International Business Machines Corp.

&

James Owens v. International Business Machines Corp.

**Case No:** 23-7002 & 23-7005

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

James Owens

John Holtman

### Counsel Information

**Lead Counsel:** Shannon Liss-Riordan

**Direct Phone:** ( 617 ) 994-5803  **Fax:** ( 617 ) 994-5801  **Email:** sliss@llrlaw.com

**2nd Counsel:** Bradley Manewith

**Direct Phone:** ( 617 ) 994-5831  **Fax:** ( 617 ) 994-5801  **Email:** bmanewith@llrlaw.com

**3rd Counsel:**

**Direct Phone:** (    )     -       **Fax:** (    )     -       **Email:**

**Firm Name:** Lichten & Liss-Riordan, P.C.

**Firm Address:** 729 Boylston St. Suite 2000

**Firm Phone:** ( 617 ) 994-5800  **Fax:** ( 617 ) 994-5801  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, the foregoing document was served electronically via ECF on all counsel of record for the Appellee.

/s/ Bradley Manewith
Bradley Manewith